FILED
March 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     SAJ
         Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR:24-CR-00541-AM** |
| v. | § § § | **INDICTMENT** |
| ANGEL JOVANNY MARTINEZ-PINEDA | § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about February 15, 2024, in the Western District of Texas, Defendant,

ANGEL JOVANNY MARTINEZ-PINEDA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about September 7, 2023, and that Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____
IZAAK BRUCE
Assistant United States Attorney